

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JORGE ESCALANTE,                        §                    No. 08-18-00067-CV

                   Appellant,          §                      Appeal from the

v.                                                      §                   388th District Court

CLAUDIA B. ESCALANTE,              §                of El Paso County, Texas

                   Appellee.           §                    (TC# 2015DCM8192)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 7, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Marlene Gonzalez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 7, 2019.

IT IS SO ORDERED this 29th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.